Jamie K. Combs
Nevada Bar No. 13088
KLINEDINST PC
4730 South Fort Apache Road, Ste 230
Las Vegas, NV 89147
702-859-4000
jcombs@klinedinstlaw.com
*Attorney for Credit One Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ASHLEY GARDNER, an individual

Plaintiff,

v.

CREDIT ONE FINANCIAL d/b/a CREDIT ONE BANK, N.A.; and DOES I through X, inclusive

Defendants.

Case No. 2:26-cv-02207-GMN-MDC

**STIPULATION AND ORDER STAYING DISCOVERY DEADLINES PENDING RESOLUTION OF DEFENDANT'S MOTION TO DISMISS**

Plaintiff Ashley Gardner and Defendant Credit One Bank, N.A., ("**Credit One**") stipulate and jointly request entry of an order staying the parties obligations to conduct a conference under Federal Rule of Civil Procedure 26(f), make initial disclosures under Federal Rule of Civil Procedure 26(a)(1), and file a discovery plan and scheduling order under Local Rule 26-1, pending resolution of Credit One's Motion to Dismiss, ECF No. 5 (the "Motion").

The parties stipulate as follows:

1. Plaintiff filed this action on June 26, 2026. Credit One removed the action to this Court on July 21, 2026.
2. Credit One filed the Motion on July 28, 2026. Plaintiff filed an opposition on August 3, 2026, and Credit One filed its reply on August 10, 2026. Plaintiff has also filed a motion for leave to file a sur-reply.
3. The parties agree that resolution of the Motion may affect the scope of any discovery and case-management obligations in this action.
4. The parties agree that temporarily staying the Rule 26(f) conference, Rule 26(a)(1) initial



KLINEDINST PC
4730 SOUTH FORT APACHE ROAD, STE 230
LAS VEGAS, NEVADA 89147

KLINEDINST PC
4730 SOUTH FORT APACHE ROAD, STE 230
LAS VEGAS, NEVADA 89147

disclosures, and LR 26-1 discovery-plan deadline pending resolution of the Motion will conserve the parties' and Court's resources. The Motion may resolve this action or materially narrow the claims and issues requiring discovery.

5. The parties therefore jointly request that the Court stay those obligations pending resolution of the Motion.

6. If the Court denies the Motion in whole or in part, the parties will conduct their Rule 26(f) conference within fourteen (14) days after entry of the order resolving the Motion. The parties will then file their joint discovery plan and scheduling order within fourteen (14) days after the Rule 26(f) conference, unless the Court orders otherwise.

KLINEDINST PC

DATED: August 27, 2026

By: */s/ Jamie K. Combs*

Jamie K. Combs
Nevada Bar No. 13088
4730 South Fort Apache Road, Suite 230
Las Vegas, Nevada 89147
*Attorney for Defendant Credit One Bank, N.A.*

DATED: August 27, 2026

By: */s/ Ashley Gardner*

Ashley Gardner
P.O. Box 7163
Grand Rapids, MI 49510
*Plaintiff, Pro Se*

**IT IS SO ORDERED.**

DATED: this 27th day of August, 2026

HON. MAXIMILIANO D. COUVILLIER, III
UNITED STATES MAGISTRATE JUDGE